JJ:SA
F.#2010R01491

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

TYRONE WILSON,
    also known as "Biscuit"
    and "Young Bricky,"

               Defendant.

I N D I C T M E N T

Cr. No._____
(T. 21, U.S.C.,
§§ 841(a)(1) and
841(b)(1)(C); T. 18,
U.S.C., §§ 2 and 3551 et
seq.)

- - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE</u>

        In or about and between April 2010 and July 2010, both dates being approximate and inclusive, within the Eastern District of New York, the defendant TYRONE WILSON, also known as "Biscuit" and "Young Bricky," together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a

2

substance containing cocaine base, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_Pamela O'Boyle_
FOREPERSON

---

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Tyrone Wilson**

2. Related Magistrate Docket Number(s): N/A
   None ( )

3. Arrest Date: **N/A**

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Brooklyn, NY
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes  ( ) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Shreve Ariail
Assistant U.S. Attorney
718-254-6616

Rev. 3/22/01