**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

SA

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 1, 2012

By HAND & ECF

Robert A. Soloway, Esq.
100 Lafayette Street, Suite 501
New York, New York 10013

      Re:  United States v. Ronald Herron et al.
          Criminal No. 10-615 (S-2)(NGG)

Dear Mr. Soloway:

      Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, please find enclosed supplemental discovery in this
matter.  The attached documents are bates-numbered 1 through 190.
Additional materials related to the superseding indictment will
be forthcoming.  Please also consider this letter to be the
government's further request for reciprocal discovery.

      If you have any questions or further requests, please
do not hesitate to contact me.

                     Very truly yours,

                     LORETTA E. LYNCH
                     United States Attorney

      By:  _____/S/_____
                     Carter Burwell
                     Shreve Ariail
                     David Sarratt
                     Assistant United States Attorneys
                     (718) 254-6313/6616/6418

Enclosures